[No. 10078–9–II.  Division Two.  February 10, 1988.]

BEN G. BENNEST, ET AL, *Appellants,* v. ROY C. ROWAN, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 85–2–01328–5, Arthur W. Verharen, J., entered June 6, 1986. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Alexander, A.C.J., and Petrich, J.

[No. 10465–2–II.  Division Two.  February 10, 1988.]

MARC R. TOMLINSON, *Appellant,* v. THE STATE OF WASHINGTON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Thurston County, No. 86–2–01231–9, Orris L. Hamilton, J. Pro Tem., entered October 29, 1986. *Affirmed in part* and *reversed in part* by unpublished opinion per Alexander, J., concurred in by Reed, C.J., and Worswick, J. Now published at 51 Wn. App. 472.

[No. 10382–6–II.  Division Two.  February 10, 1988.]

LON K. HOOKER, ET AL, *Respondents,* v. KURT SEHMEL, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce County, No. 83–2–02112–5, William L. Brown, Jr., J., entered September 10, 1986. *Reversed* by unpublished opinion per Petrich, J., concurred in by Alexander, A.C.J., and Worswick, J.